BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
BARBARA A. MORRIS, State Bar No. 137680
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-3870
 Fax: (916) 324-5205

Attorneys for Defendants Alameida, Blakely, Elmer,
Judson, Lopez, McConnell, Rodriguez, Smith and
Stephens
SA2002100569

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTOLIN ANDREWS ,** | CASE NO. CIV S-01-1621 GEB GGH P |
| Plaintiff, | **ORDER GRANTING TIME TO FILE RESPONSIVE PLEADING** |
| v. | Judge: Hon. Gregory G. Hollows |
| **TONI HAFEY, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING**, the Court grants defendants' request for a 30-day extension of time to file and serve an answer or other responsive pleading to plaintiff's October 30, 2001 amended complaint.

**IT IS SO ORDERED.**

Dated: 10/31/05

/s/ Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge

andr1621.po

1