1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  BARBARA A. MORRIS (SBN 137680)
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 322-3870
8    Fax: (916) 324-5205

9  Attorneys for Defendants Alameida,
   Blakely, Elmer, Judson, Lopez, McConnell,
10 Rodriguez, Smith and Stephens
   48149286-SA2002100569

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| ANTOLIN ANDREWS, | CASE NO. CIV S-01-1621 GEB GGH P |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |
| v. | |
| TONI HAFEY, et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED THAT**: good cause having been shown, Defendants shall have up to and including December 15, 2005, in which to serve their responsive pleading. No further extension of time will be granted.

Dated: 12/12/05

/s/ Gregory G. Hollows

HON. GREGORY H. HOLLOWS
United States Magistrate Judge

andr1621.po2.wpd

1

*[Proposed] Order Granting Defendants' Second Request*
*for an Extension of Time to File a Responsive Pleading*